BEFORE THE THIRD DIVISION, SEPTEMBER 18, 1942

**No. 47567.**—Protest 61465–K of T. H. Lung Co. (Boston).

Opinion by CLINE, J. In accordance with stipulation of counsel that certain of the merchandise in question consists of drugs similar to those the subject of *Oy Wo Tong* v. *United States* (5 Cust. Ct. 70, C. D. 372) the claim at 10 percent under paragraph 34 was sustained.

**No. 47568.**—Protests 952783–G, etc., of Gilbert Adrian et al. (Los Angeles).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 47569.**—Protests 919933–G, etc., of Central Vermont Railway, Inc., et al. (St. Albans, etc.).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 47570.**—Protests 827406–G, etc., of American Seed Co. et al. (New York).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 47571.**—Protests 783845–G, etc., of Sperry Flour Co., et al. (Portland, Oreg., etc.).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 47572.**—Protests 73882–K/90577, etc., of Naumes Forwarding Service et al. (Chicago, etc.).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 47573.**—Petition 6235–R of V. W. Davis (Duluth).

Opinion by CLINE, J. The petition was dismissed, having been formally abandoned.